IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AARON PRICE, | : | No. 3:24cv1923 |
| Petitioner | : | (Judge Munley) |
| v. | : | |
| MELISSA HAINSWORTH, *et al.*, | : | |
| Respondents | : | |

---

**ORDER**

**AND NOW**, to wit, this 13 day of November 2024, upon consideration of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 (Doc. 1), it is hereby **ORDERED** that:

1. The Clerk of Court is directed to **TRANSFER** this action to the United States District Court for the Western District of Pennsylvania.

2. The Clerk of Court is further directed to **CLOSE** this case.

3. There is no basis for the issuance of a certificate of appealability. See 28 U.S.C. § 2253(c); R. GOVERNING § 2254 CASES R. 11(a).

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court